# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2026-0022
_____

RAFAEL LOPEZ,

    Appellant,

    v.

ESCAMBIA COUNTY SCHOOL
DISTRICT, by and through
Superintendent Keith Leonard,
and GENERAL COUNSEL ELLEN
ODOM,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.


May 19, 2026

PER CURIAM.

    DISMISSED as untimely.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rafael Lopez, pro se, Appellant.

No appearance for Appellees.